IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES ALEXANDER MATHIESON,<br>    Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 10-1158 |
| EVELYN THERESA MATHIESON,<br>    Defendant. | ) ) ) | |

ORDER

AND NOW, this 27th day of January, 2011, the Court having received a Notice of Inability to Effectuate Service from the United States Marshal and, by order dated December 22, 2010, having directed the Clerk of Court to prepare duplicate Summons and the United States Marshal to make personal service of same [document #6], IT IS HEREBY ORDERED that the costs of service of process shall be <u>borne</u> by the United States of America.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:  James Alexander Mathieson
     989 Route 910
     Suite Two, Box 643
     Indianola, PA 15051

     U.S. Marshal